IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 3:11-00083-007 |
| vs, | ) JUDGE HAYNES |
| | ) |
| CARLOS BOTELLO-SALINAS | ) |
| | ) |

*[Handwritten: Order. The motion is granted. [signature] 2-1-13]*

MOTION TO CONTINUE SENTENCING HEARING

Comes Counsel for the defendant Carlos Botello-Salinas to move this Honorable Court to continue the sentencing hearing set for February 15, 2013, at 3:00, and would show the following:

1. The Court has set the sentencing hearing for Friday, February 15, 2013, at 3:00pm.(D.E. 523)

2. Undersigned counsel had planned to be in Augusta, Georgia, for grandparents day on February 15, 2013, and would ask that the sentencing hearing be reset, at the Court's convenience, for another Friday or other day in February.

3. A.U.S.A. Brent Hannafan has no objection to continuing the sentencing hearing.

Respectfully submitted,
/s/ Thomas J. Drake, Jr.
THOMAS J. DRAKE, JR., No. B13219
Attorney for the Defendant
405 ½ 31st Ave N STE B
Nashville, Tennessee 37209
(615) 320-1717
Drake.Court@ThomasJDrake.com